United States District Court for the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 MAY -1 A 11: 26

Instructions for use:

1. Check the above box "Highlight Fields" to show the areas in which you are allowed to type information.
2. Complete this form.
3. Print, sign the document and file it with the court.

Dennis Clifford Lee

vs.

State of NH

**COMPLAINT**

13-cv-215-SM

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

Dennis Lee
65 Victoria St. #13
Manchester, NH 03104
603-206-5983

Defendant's Name, Address and Phone Number

State of N.H.

Defendant's Name, Address and Phone Number

**Defendant's Name, Address and Phone Number**

☐ Check this box if you have listed more defendants on additional attached piece(s) of paper.

**Jurisdiction and Venue:**
(The reason your case is being filed in federal court
and why the court is legally permitted to hear your case)

This case is a question of the Constitutionality of N.H. State statute.

**Statement of Claim:**
(State here as briefly as possibly the facts of your case)

The State of N.H. denies Defendants of a jury trial for Class B Misdemeanors. This promotes egregious misconduct on all levels - judge, prosecutor, police. The misconduct is kept 'in house' if only judges see it and not a jury. In addition, there is a question in this case of the police committing greater crime than the people that they are trying to throw in jail. A jury would not allow the police to commit felonies with flamboyant arrogance while carrying out the duties of an officer. It was also discovered that officers make up laws and enforce them at the point of a gun. A data scan of the NCIS database will reveal this to be fact. The laws which allows this to happen have been around for decades. Therefore, the state of N.H. has been violating the civil rights of the citizenry for decades.

## Statement of Claim:
(Continued)

To paint as ugly a picture as possible, passing a blatently obvious violation of the Constitution, is an act of Treason. It is the responsibility of the citizenry to keep an eye on such things. The citizenry is to take blame on this situation. This justifies the trillion dollar monetary demand, the amount needs to be high enough for a state to 'notice' and 'send a message'. The state of N.H. is illegally trying to succeed from the Union by surreptitiously passing laws that obviously violate the Constitution. The State of New Hampshire needs to be punished for this. I request class action status to allow NH to make amends with a monetary award to me. I will use the money to build a Free Energy Technology Infrastructure for N.H. This will make N.H. a world class economic center.

**Relief Requested from the Court:**
(State briefly exactly what you want the court to do for you)

I have been working on Tesla Free Energy for over 28 years. I am ready to come out now, and go full speed ahead. I demand $1,000,000,000,000.00 (one trillion dollars) from the State of New Hampshire for the unGodly injustices they have committed against me.

**Jury Demand:**

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are **NOT** requesting a jury trial (if you want the assigned judge to decide your case).

4/30/2013
Date

Print, Sign and File With Court
_____
Signature of Plaintiff

*Dennis Lee*

13-cv-215-SM

JS 44 (Rev. 12/12) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dennis Clifford Lee

(b) County of Residence of First Listed Plaintiff: Hillsborough County, NH
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Dennis Clifford Lee 65 Victoria St. #13
Manchester, NH 03104 603-206-5983 pro se

## DEFENDANTS
State of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
2013 MAY -1 A

County of Residence of First Listed Defendant: 2 All
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
NH AG Michael Delaney

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☑ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: USC Title 28 a Rule 38
Brief description of cause: NH District Court denied me a jury trial

## VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,000,000,000,000. ONE TRILLION DOLLARS
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No
see LRCvNHMR

## VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE: Gerome Michael DOCKET NUMBER: 456-2011-CR-5206/524392-3c

DATE: 4/30/2013
SIGNATURE OF ATTORNEY OF RECORD: Dennis Lee pro se

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: Hillsborough County District Court
Case Name: State Vs. Dennis Lee
Case Number (if known): 456-2011-CR-5206 (524342-3c)

MOTION FOR: Extension Of Sentence & Joinder

The Defendant Dennis Lee states the following facts and requests the following relief: The U.S. District Court is evaluating the Constitutionality of this Court denying me a jury trial in this case. The Defendant requests an Extension of Sentence and joinder U.S. District Court decision of this case.

Date: 4/30/2013
Signature: Dennis Lee
Telephone: 603-206-5983
Address: 65 Victoria St. #13, Manchester, NH 03104

I certify that on this date I provided a copy of this document to U.S. District Court (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☑ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date: 4/30/2013
Signature: Dennis Lee

## ORDER

☐ Motion granted.   ☐ Motion denied.

**Recommended:**

Date _____   Signature of Marital Master _____
                Printed Name of Marital Master _____

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date _____   Signature of Judge _____
                Printed Name of Judge _____

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

*DISTRICT COURT DISTRICT OF N.H. FILED 2013 MAY -1 A 11: 26*

Court Name: **Hillsborough County District Court**
Case Name: **State Vs Dennis Lee**
Case Number (if known): **456-2011-CR-5206 (524342-3c)**

MOTION FOR: **Expungement of fines**

The **Defendant Dennis Lee** states the following facts and requests the following relief:

I am Indigent. I will have to commit crime to get the money to pay your fine. The Defendant requests the expungement of all fines.

Date: **4/30/2013**
Telephone: **603-206-5983**
Signature: *Dennis Lee*
Address: **65 Victoria St. #13, Manchester, NH 03104**

I certify that on this date I provided a copy of this document to **U.S. District Court** (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☑ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date: **4/30/2013**
Signature: *Dennis Lee*

## ORDER

☐ Motion granted.   ☐ Motion denied.

**Recommended:**

Date _____   Signature of Marital Master _____
              Printed Name of Marital Master _____

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date _____   Signature of Judge _____
              Printed Name of Judge _____