# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

**Court Name:** US District Court
**Case Name:** State vs. Dennis Lee → Dennis Lee vs. State
**Case Number:** 456-2011-CR-5206 (524342-3c)
(if known)
**MOTION FOR:** Class Action Status LEEVNH1M1

The **Plaintiff** states the following facts and requests the following relief: It is an impossibly arduous task to resolve all civil rights violations committed by the State of N.H. on the citizenry for traffic tickets & laws the NH police make up and enforce as evidenced on the NCIS. Instead of trying to reimburse the citizenry directly, I will stay in NH, and build the Free Energy Infrastructure to bring in the new age of industry. This will make NH a world class economic center. I am a world class Free Energy Engineer. I demand Class Action Status for this case.

**Date:** 4/30/2013
**Signature:** Dennis Lee
**Telephone:** 603-206-5983
**Address:** 65 Victoria St. #13, Manchester, NH 03104

I certify that on this date I provided a copy of this document to **State of NH** (other party) or to ____ (other party's attorney) by: ☑ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

**Date:** 4/30/2013
**Signature:** Dennis Lee

## ORDER

☐ Motion granted.   ☐ Motion denied.

**Recommended:**

_____   _____
Date                                                    Signature of Marital Master

                                              _____
                                              Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

_____   _____
Date                                                    Signature of Judge

                                              _____
                                              Printed Name of Judge