UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dennis Clifford Lee

    v.                                  Case No. 13-cv-215-SM

State of New Hampshire


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 29, 2013, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Complaint (document no. 1) is hereby dismissed in its entirety. The Motion for Class Action Status (document no. 3) is hereby denied. The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

                                              Steven J. McAuliffe
                                              United States District Judge

Date: September 23, 2013

cc:  Dennis Clifford Lee, pro se