UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dennis Clifford Lee</u>

v.    Case No. 13-cv-215-SM

<u>State of New Hampshire</u>

**J U D G M E N T**

In accordance with the Order of Judge Steven J. McAuliffe entered on September 23, 2013, approving the Report and Recommendation of Magistrate Judge Landya B. McCafferty filed on August 29, 2013, judgment is hereby entered.

By the Court,

/s/ *James R. Starr*
_____
James R. Starr
Clerk of Court

Date: September 23, 2013

cc:   Dennis Clifford Lee, pro se